IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRISTIE JO BERKSETH-ROJAS DDS, individually and on behalf of all others similarly situated, § § § § § Plaintiff, § § VS. § § ASPEN AMERICAN INSURANCE COMPANY, § § § § Defendant. § | Civil Action No. 3:20-CV-0948-D |

## **JUDGMENT**

For the reasons set out in a memorandum opinion and order filed today, it is ordered and adjudged that this action is dismissed with prejudice.

Defendant's taxable costs of court, as calculated by the clerk of court, are assessed against plaintiff.

Done at Dallas, Texas July 13, 2021.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE