# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| CHRISTIE JO BERKSETH-ROJAS DDS, individually and on behalf of all others similarly situated, | ) ) ) ) ) |
| Plaintiff, | ) Civil Action No. 3:20-cv-00948-D ) |
| v. | ) Hon. Senior District Judge Sidney A. Fitzwater ) |
| ASPEN AMERICAN INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Christie Jo Berkseth-Rojas DDS, individually and on behalf of all others similarly situated, hereby appeals to the United Stated Court of Appeals for the Fifth Circuit from the district court's order and judgment granting Defendant Aspen American Insurance Company's motion to dismiss entered on the district court docket as Dkt. 66 and Dkt. 67 on July 13, 2021.

Dated: August 12, 2021    Respectfully submitted,

By: /s/ *W. Mark Lanier*
W. Mark Lanier
Texas Bar No. 11934600
Ralph D. McBride
Texas Bar No. 13332400
Kevin P. Parker
Texas Bar No. 15494020
**THE LANIER LAW FIRM, P.C.**
10940 W. Sam Houston Pkwy N, Suite 100
Houston, Texas 77064
Telephone: (713) 659-5200
Fax: (713) 659-2204
WML@lanierlawfirm.com

skip.mcbride@lanierlawfirm.com
kevin.parker@lanierlawfirm.com

Douglas Daniels
**DANIELS & TREDENNICK**
6363 Woodway, Suite 700
Houston, Texas 77057
Telephone:  713-917-0024
douglas.daniels@dtlawyers.com

*Counsel for Plaintiff
and the Proposed Classes*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 12, 2021, a true and correct copy of the foregoing was served electronically on those parties registered to receive electronic notice via the Court's CM/ECF system.

*/s/ W. Mark Lanier*
W. Mark Lanier