# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 17, 2022

Lyle W. Cayce
Clerk

No. 21-10801

Christie Jo Berkseth-Rojas, Individually and on Behalf of All Others Similarly Situated,

*Plaintiff—Appellant*,

*versus*

Aspen American Insurance Company,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:20-CV-948

_____

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of June 17, 2022, pursuant to the joint stipulation of the parties.

                                        LYLE W. CAYCE
                                        Clerk of the United States Court
                                        of Appeals for the Fifth Circuit

By: _____
      Roeshawn Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 17, 2022

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 21-10801   Berkseth-Rojas v. Aspen American Ins
                            USDC No. 3:20-CV-948

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Roeshawn A. Johnson, Deputy Clerk
                              504-310-7998

cc:   Mr. Mitchell Brant Alleluia-Feinberg
       Ms. Freya K. Bowen
       Mr. Timothy Burns
       Ms. Yolanda Cornejo Garcia
       Mr. Nathan Mark Kuenzi
       Mr. W. Mark Lanier
       Ms. Yvette Ostolaza
       Mr. David Mason Parham
       Ms. Virginia A. Seitz
       Ms. Robin Eve Wechkin